## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

**DARLENE COLLINS, individually and**
**on behalf of all others similarly situated;**
**BAIL BOND ASSOCIATION OF**
**NEW MEXICO; SENATOR RICHARD**
**MARTINEZ; SENATOR BILL SHARER;**
**SENATOR CRAIG BRANDT;**
**REPRESENTATIVE BILL REHM; and**
**REPRESENTATIVE CARL TRUJILLO,**

    **Plaintiffs,**

v.                                                                                              1:17-cv-00776-RJ

**CHARLES W. DANIELS, Individually and in**
**His Official Capacity; EDWARD L. CHAVEZ,**
**Individually and in His Official Capacity;**
**PETRA JIMENEZ MAEZ, Individually and in**
**Her Official Capacity; BARBARA J. VIGIL,**
**Individually and in Her Official Capacity;**
**JUDITH K. NAKAMURA, Individually and in**
**Her Official Capacity; THE NEW MEXICO**
**SUPREME COURT; NAN NASH, Individually**
**and in Her Official Capacity; JAMES NOEL,**
**Individually and in His Official Capacity;**
**THE SECOND JUDICIAL DISTRICT COURT;**
**HENRY A. ALANIZ, Individually and in His**
**Official Capacity; ROBERT L. PADILLA,**
**Individually and in His Official Capacity;**
**BERNALILLO COUNTY METROPOLITAN COURT;**
**and BOARD OF COUNTY COMMISSIONERS**
**OF THE COUNTY OF BERNALILLO,**
**Individually and in their official capacity;**

    **Defendants.**

### DEFENDANT BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF BERNALILLO'S INCORPORATION OF THE PREVIOUSLY FILED MOTION

    COME NOW defendant Board of County Commissioners of the County of Bernalillo, by

and through their attorneys, The New Mexico Association of Counties (Brandon Huss and Patrick

Trujillo), and hereby incorporate their motion to dismiss previously filed (Doc. 18) as the response to plaintiff's correct 1st amended class action complaint (Doc 56).

                                  Respectfully Submitted,

                                  NEW MEXICO ASSOCIATION OF COUNTIES

                                  /s/ BRANDON HUSS
                                  BRANDON HUSS
                                  PATRICK TRUJILLO
                                  111 Lomas Blvd., N.W., Ste. 424
                                  Albuquerque, NM 87102
                                  (505) 820-8116
                                  bhuss@nmcounties.org
                                  ptrujillo@nmcounties.org
                                  *Attorneys for County Defendants*

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY, that on November 9, 2017, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

                                  */s/ BRANDON HUSS*
                                  BRANDON HUSS