IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| DARLENE COLLINS, *et al.*, § | | |
| *Plaintiffs*, § | | |
| § | | |
| v. § | No. 1:17-CV-00776-RJ | |
| § | | |
| CHARLES W. DANIELS,[1] *et al.*, § | | |
| *Defendants*. § | | |

## FINAL JUDGMENT

On December 11, 2017, the Court entered an Order Granting Defendants' Motions to Dismiss (Docs. 14, 59) and denied Plaintiffs' Motion to Amend (Doc. 31). (Doc. 67). The Court now enters its Final Judgment pursuant to Federal Rule of Civil Procedure 58.

It is therefore **ORDERED** that Defendants' Rule 12(b)(1) Motion to Dismiss is **GRANTED** (Docs. 14, 59) and the claims brought against Defendants Charles W. Daniels, Edward L. Chavez, Petra Jimenez Maez, Barbara J. Vigil, Judith K. Nakamura, the New Mexico Supreme Court, Nan Nash, James Noel, the Second Judicial District Court, Henry A. Alaniz, Robert L. Padilla, Bernalillo County Metropolitan Court, and Board of County Commissioners of the County of Bernalillo by Plaintiffs Bail Bond Association of New Mexico, Senator Richard Martinez, Senator Bill Sharer, Senator Craig Brandt, and Representative Carl Trujillo, are hereby **DISMISSED WITH PREJUDICE** for lack of subject matter jurisdiction.

It is further **ORDERED** that Defendants' Rule 12(b)(6) Motion to Dismiss is **GRANTED** and the claims brought against Defendants Charles W. Daniels, Edward L. Chavez, Petra Jimenez Maez, Barbara J. Vigil, Judith K. Nakamura, the New Mexico Supreme Court, Nan Nash, James Noel, the Second Judicial District Court, Henry A. Alaniz, Robert L. Padilla, Bernalillo County Metropolitan Court, and Board of County Commissioners of the County of Bernalillo by Plaintiff Darlene Collins are **DISMISSED WITH PREJUDICE** for failure to state a claim.

---

[1] Plaintiffs incorrectly identify Justice Charles Daniels of the New Mexico Supreme Court as "Charles W. Daniel" in the caption of their Complaint. (Doc. 56 at 1).

It is further **ORDERED** that Plaintiffs' Motion to Amend is **DENIED** as futile.  (Doc. 31).

It is finally **ORDERED** that the Clerk of the Court **CLOSE** this case.

It is so **ORDERED**.

    SIGNED this 20th day of December, 2017.

_____
ROBERT JUNELL
SENIOR U.S. DISTRICT JUDGE