IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| DARLENE COLLINS, *et al.*, ) | |
|     Plaintiffs, ) | |
| v. ) | **Case No. 1:17-cv-00776-RJ-KK** |
| ) | |
| CHARLES W. DANIEL, *et al.*, ) | |
| ) | |
|     Defendants. ) | |

## NOTICE OF APPEAL

Notice is hereby given this 21st day of, December 2017, pursuant to Fed. R. App. P., Rule 4(a)(1)(B) that Plaintiffs Darlene Collins, Bail Bond Association of New Mexico, Senator Richard Martinez, Senator Bill Sharer, Senator Craig Brandt, Representative Rod Montoya, Representative Carl Trujillo, and Representative Debbie Rodella hereby appeal to the United States Court of Appeals for the Tenth Circuit from the Order and Judgment of this Court (ECF/Doc. 67, Order Granting Defendants' Motions to Dismiss, ECF/Doc. 68, Final Judgment) entered in this action on December 11, 2017, and December 20, 2017, granting Defendants' Motions to Dismiss.

Respectfully submitted this 21st day of December 2017.

                                          */s/ A. Blair Dunn*
                                        A. Blair Dunn, Esq.
                                        Dori E. Richards, Esq.
                                        Western Agriculture Resources and
                                        Business Advocates, LLP
                                        400 Gold Ave SW Suite 1000

                                          Albuquerque, NM 87102
                                          (505) 750-3060

## **CERTIFICATE OF SERVICE**

       I HEREBY certify that on December 21st, 2017, filed the foregoing through the CM/ECF system for filing and transmittal, therefore effecting electronic service on Defendants through their counsel of record.

                                          */s/ A. Blair Dunn*
                                          A. Blair Dunn, Esq.