IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| DARLENE COLLINS, *et al.*, ) | |
| Plaintiffs, ) | |
| v. ) | **Case No. 1:17-cv-00776-RJ-KK** |
| ) | |
| CHARLES W. DANIEL, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## CONDITIONAL NOTICE OF APPEAL

Notice is hereby given this 4th day of, January 2018, pursuant to Fed. R. App. P., Rule 4(a)(1)(B) that Plaintiffs Darlene Collins, Bail Bond Association of New Mexico, Senator Richard Martinez, Senator Bill Sharer, Senator Craig Brandt, Representative Rod Montoya, Representative Carl Trujillo, and Representative Debbie Rodella hereby file this Conditional Notice of Appeal to the United States Court of Appeals for the Tenth Circuit from the Order and Judgment of this Court (ECF/Doc. 73, Order Granting judicial Defendants' Rule 11 Motion for Sanctions) entered in this action on January 4, 2018.

This Conditional Notice of Appeal is filed as an abundance of caution and should be considered either in consolidation, or as a matter of course with existing appeal 17-2217 docketed December 27, 2017.

Respectfully submitted this 4th day of January 2018.

*/s/ A. Blair Dunn*
A. Blair Dunn, Esq.
Dori E. Richards, Esq.

Western Agriculture Resources and
Business Advocates, LLP
400 Gold Ave SW Suite 1000
Albuquerque, NM 87102
(505) 750-3060

## **CERTIFICATE OF SERVICE**

      I HEREBY certify that on January 4, 2018, filed the foregoing through the CM/ECF system for filing and transmittal, therefore effecting electronic service on Defendants through their counsel of record.

                                    */s/ A. Blair Dunn*
                                    A. Blair Dunn, Esq.