```
DUPLICATE

Court Name: New Mexico US District Court
Division: 1
Receipt Number: ALB039685
Cashier ID: jgarcia
Transaction Date: 03/30/2018
Payer Name: WARBA
----------------------------------
TREASURY REGISTRY
 For: WARBA
 Case/Party: D-NMX-1-17-CV-000776-001
 Amount:       $14,868.00
----------------------------------
CHECK
 Check/Money Order Num: 1490
 Amt Tendered: $14,868.00
----------------------------------
Total Due:       $14,868.00
Total Tendered:  $14,868.00
Change Amt:      $0.00


A returned check fee of $53.00 will
be charged for all insufficient
fund items.
```

# EXHIBIT A