FILED
United States Court of Appeals
Tenth Circuit

February 25, 2019

Elisabeth A. Shumaker
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

───────────────────────────────

DARLENE COLLINS; BAIL BOND ASSOCIATION OF NEW MEXICO; RICHARD MARTINEZ; BILL SHARER; CRAIG BRANDT; CARL TRUJILLO,

   Plaintiffs - Appellants,

v.

CHARLES W. DANIELS; EDWARD L. CHAVEZ; PETRA JIMENEZ MAEZ; BARBARA J. VIGIL; JUDITH K. NAKAMURA; NEW MEXICO SUPREME COURT; NAN NASH; THE SECOND JUDICIAL COURT; HENRY A. ALAINZ; ROBERT L. PADILLA; BERNALILLO COUNTY METROPOLITAN COURT; JAMES NOEL; BERNALILLO COUNTY; BOARD OF COUNTY COMMISSIONERS, COUNTY OF BERNALILLO,

   Defendants - Appellees.

Nos. 17-2217 & 18-2045
(D.C. No. 1:17-CV-00776-RJ-KK)
(D. N.M.)

───────────────────────────────

# JUDGMENT

───────────────────────────────

Before **BRISCOE**, **MATHESON**, and **BACHARACH**, Circuit Judges.

───────────────────────────────

This case originated in the District of New Mexico and was argued by counsel.

The judgment of that court is affirmed.

Entered for the Court

*Elisabeth A. Shumaker*

ELISABETH A. SHUMAKER, Clerk