IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DARLENE COLLINS, et al.,

    Plaintiffs,

v().                                                                        1:17-cv-00776-MV-KK

CHARLES W. DANIELS, Individually and in
His Official Capacity, et al.,

    Defendants.

## JUDICIAL DEFENDANTS' REPLY IN FURTHER SUPPORT OF THEIR RENEWED MOTION TO RELEASE FUNDS FROM COURT'S REGISTRY

1. In their Response (Doc. 115), Plaintiffs fail to address the fact that "the denial of certiorari is effective when issued and it disposes of the case before the Supreme Court." *Horton v. United States*, 244 F.3d 546, 551 (7th Cir. 2001); *see also Rosa v. United States*, 785 F.3d 856, 859 (2d Cir. 2015). Plaintiffs likewise ignore the fact that no mandate issues on denial of certiorari, *see* U.S. Sup. Ct. Rule 45.3, and the order of denial is not automatically suspended pending disposition of a petition for rehearing, *see* U.S. Sup. Ct. Rule 16.3. Despite Plaintiffs' belief to the contrary, "a petition for rehearing before the Supreme Court [ ] 'does essentially nothing with respect to . . . the denial of certiorari,' [and] the finality achieved upon the denial of certiorari is not delayed by a petition for rehearing of the certiorari denial." *Rosa*, 785 F.3d at 859 (quoting *Horton*, 244 F.3d at 551). "Finality attaches when [the Supreme Court] . . . denies a petition for a writ of certiorari[.]" *Clay v. United States*, 537 U.S. 522 (2003); *see also* Response (Doc. 115 at 9) (stating that the absolute latest stage when finality could attach is when "the Supreme Court affirms on the merits, *denies a petition for writ of certiorari*, or the time to file a certiorari petition expires" (quoting *United States v. Birch*, 202 F.3d 1274, 1276 (10th Cir. 2000)).

2. Therefore, contrary to Plaintiffs' assertion in their Response, *Judicial Defendants' Renewed Motion to Release Funds from the Court Registry* ("Renewed Motion") is not premature and should be granted. (Doc. 115 at 1) Because there is no longer a "pending" appeal, the funds held in the Court's registry should be released pursuant to the Court's Rue 67 Order (Doc. 90).

THEREFORE, Judicial Defendants respectfully request that the Court issue an order, in accordance with 28 U.S.C. § 2042, directing the withdrawal and release to Judicial Defendants of the funds held in the Court' registry, $14,868.00 plus applicable interest.

Respectfully Submitted,

HECTOR H. BALDERAS
New Mexico Attorney General

By: */s/ Olga Serafimova*

Olga Serafimova
Assistant Attorney General
Post Office Drawer 1508
Santa Fe, NM 87504-1508
(505) 490-4878 telephone
(505) 490-4883 facsimile
oserafimova@nmag.gov

**CERTIFICATE OF SERVICE**

I certify that I filed the foregoing *Reply* on October 25, 2019 using the ECF System, which will send notification to all counsel of record.

*/s/ Olga Serafimova*