**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

DARLENE COLLINS, et al.,

        Plaintiffs,                                            Case No. 17-cv-00776-MV-KK

v.

CHARLES W. DANIELS, et al.,

        Defendants.

## ORDER GRANTING MOTION TO RELEASE
## FUNDS FROM THE COURT REGISTRY

This matter came before the Court on Judicial Defendants' *Renewed Motion to Release Funds From the Court's Registry*, filed on October 9, 2019, [Doc. 114] ("Motion") and *Plaintiffs' Notice of Supreme Court Filing and Non-Opposition to Release Funds* ("Notice"), filed on November 25, 2019 [Doc. 118]. The Court, being sufficiently advised, FINDS:

    A.    Pursuant to *Order Granting Judicial Defendants' Rule 11 Motion for Sanctions* entered on January 4, 2018, [Doc. 73] and a *Notice of Deposit Into Court Registry* filed on April 11, 2018 [Doc. 96], $14,868.00 was deposited into the Court Registry in this case.

    B.    With the Motion and Notice, Judicial Defendants ask that the principal amount due in the amount of $14,868.00, plus any daily accrued interest, be released to the Office of the New Mexico Attorney General (the "Payee").

    C.    The Motion is well taken and should be granted.

IT IS THEREFORE ORDERED:

    1.    The Clerk of Court shall release the funds, including daily accrued interest, to the Payee at the following address:

        NM Office of the Attorney General
        408 Galisteo Street
        Santa Fe, New Mexico 87504

2. The released funds may be paid by check.

3. The Payee's Taxpayer Identification Number is 85-6000565.

*Kirtan Khalsa*
_____
KIRTAN KHALSA
UNITED STATES MAGISTRATE JUDGE

Submitted by:

HECTOR H. BALDERAS
NEW MEXICO ATTORNEY GENERAL

*Olga Serafimova*
Olga Serafimova
Assistant Attorney General
408 Galisteo Street
Santa Fe, NM 87501
Telephone: (505) 490-4878
oserafimova@nmag.gov
*Counsel for Judicial Defendants*

Approved as to form by:

A. Blair Dunn
 *via email on 12-13-2019*
A. Blair Dunn
WARBA, LLP
400 Gold Ave SW, Suite 1000
Albuquerque, NM 87102
Telephone: (505) 750-3060
abdunn@ablairdunn-esq.com
*Counsel for Plaintiffs*

Brandon Huss
 *via email on 12-13-2019*
Brandon Huss
New Mexico Association of Counties
444 Galisteo St.
Santa Fe, NM 87501
Telephone: (505)820-8116
bhuss@nmcounties.org
*Counsel for Bernalillo County*